Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA L. CAMPBELL, as Executor of
the Estate of CARL E. WEIDNER )
) Case No: 20-cv-04955 ~~AGT~~ HSG
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE ; ORDER**
CARNIVAL CORPORATION, CARNIVAL ) (CIVIL LOCAL RULE 11-3)
PLC and PRINCESS CRUISE LINES LTD. )
Defendant(s). )

I, _____Adam D. Meshkov_____, an active member in good standing of the bar of _____Pennsylvania_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____Brenda Campbell_____ in the above-entitled action. My local co-counsel in this case is _____Russel L. Goodrow_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Meshkov & Breslin<br>830 Lehigh St.,<br>Easton, PA 18042 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Goodrow Law Office<br>345 Franklin St.,<br>San Francisco, CA 94102 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>610-438-6300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-655-9478 |
| MY EMAIL ADDRESS OF RECORD:<br>adm@meshkovbreslin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>russ@goodrowlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __94856__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Adam Meshkov__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/8/2020

_____
Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                              October 2012